**694**

105 So.2d 666

■

**S. L. SMITH**

v.

**STATE.**

**8 Div. 952.**

Supreme Court of Alabama.

Oct. 9, 1958.

John Patterson, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for the petition.

John B. Tally and Scott, Dawson & McGinty, Scottsboro, opposed.

LIVINGSTON, Chief Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Smith v. State, 39 Ala.App. 501, 105 So.2d 662.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.

105 So.2d 728

■

**D. L. SPEAGLE et al.**

v.

**UNITED STATES STEEL CORP. et al.**

**6 Div. 341.**

Supreme Court of Alabama.

Oct. 9, 1958.

Cooper, Mitch, Black & Crawford, Birmingham, for petitioner.

Burr, McKamy, Moore & Thomas, Birmingham, opposed.

LAWSON, Justice.

Petition of D. L. Speagle and others for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Speagle v. United States Steel Corp., 39 Ala.App. 559, 105 So.2d 721.

Writ denied.

SIMPSON, GOODWYN and MERRILL, JJ., concur.

105 So.2d 717

■

**Steve WIDMAR**

v.

**UNITED STATES STEEL CORP. et al.**

**6 Div. 340.**

Supreme Court of Alabama.

Oct. 9, 1958.

Cooper, Mitch, Black & Crawford, Birmingham, for petitioner.

Burr, McKamy, Moore & Thomas, Birmingham, opposed.

SIMPSON, Justice.

Petition of Steve Widmar for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Widmar v. United States Steel Corp., 39 Ala.App. 547, 105 So.2d 716.

Writ denied.

LIVINGSTON, C. J., and LAWSON, STAKELY, GOODWYN and COLEMAN, JJ., concur.